Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile (916) 481-4224
Email scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Tammy M. Adams, et al,<br><br>　　　　Defendants. | Case No. 2:11-cv-01490-MCE-CKD<br><br>**ORDER RE: REQUEST FOR DISMISSAL** |

 IT IS HEREBY ORDERED THAT the above-entitled action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). The clerk shall close the file.

Dated:  November 15, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE